**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01463-CV

### IN RE GARY LYNN ROBINSON, Relator

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-40452-R, F18-40453-R**

## ORDER

Before Justices Myers, Molberg, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's November 26, 2019 petition for writ of mandamus.

/s/     LANA MYERS
           JUSTICE